# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| LAWRENCE BRANCH, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:12-cv-00164-MR |
| | ) | 1:02-cr-00086-MR-1 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 23, 2014 Order.

May 23, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court